IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANTHONY BOYATT, D/B/A BOYATT DESIGN,<br><br>    Plaintiff,<br><br>v.<br><br>CLAY TO CUSTOM CONSTRUCTION, LLC, ARNOLD CLAY SINDLEDECKER, and CODY DEVIN NUTT,<br><br>    Defendants. | Case No. 2:24-cv-074-RWS |

**<u>CONSENT MOTION TO EXTEND TIME FOR THE RULE 26(f) CONFERENCE, SERVICE OF INITIAL DISCLOSURES, AND FILING OF THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN</u>**

COME NOW, Plaintiff Anthony Boyatt, d/b/a Boyatt Design ("Plaintiff" or "Boyatt"), and Defendants Clay to Custom Construction, LLC, Arnold Clay Sindledecker, and Cody Devin Nutt (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, and hereby respectfully move this Court to extend the time for the parties to hold a Rule 26(f) Conference, serve initial disclosures, and file the Joint Preliminary Report and Discovery Plan.

Defendant, Cody Devin Nutt, filed a Third-Party Complaint against Third-Party Defendants, Laura Elleby and Compass Georgia, LLC, on Monday, July 15, 2024. The parties agree that it would be it would be most beneficial and efficient to have

1

counsel for Third-Party Defendants, Laura Elleby and Compass Georgia, LLC, simultaneously participate in the Rule 26(f) Conference, serve Initial Disclosures, and file the Joint Preliminary Report and Discovery Plan.

Accordingly, Plaintiff and Defendants respectfully request that the Court grant this Consent Motion and extend the time for completion of the Rule 26(f) Conference to no later than fourteen (14) days after the Third-Party Defendants respond to the Third-Party Complaint, with the deadline for service of Initial Disclosures and the filing of the Joint Preliminary Report and Discovery Plan being fourteen (14) days after the date of the Rule 26(f) Conference.

A Proposed Order is being submitted contemporaneously with this Consent Motion.

CERTIFICATION OF FONT SIZE

The undersigned certifies that the above Consent Motion to Extend Time is prepared in Courier New, 12-point font.

Respectfully submitted this 22nd day of July, 2024.

**Lawhon Goggin, LLP**
Attorneys for Plaintiff

BY: */s/ Russell R. Thomson*

**Russell R. Thomson**
Georgia Bar No.: 142637
3003 Tamiami Trail N.,
Suite 200

                                      Naples, Florida  34103
239-325-8956
russellthomson@lawhon-law.com
oliviabauer@lawhon-law.com

**Smith, Gilliam, Willliams & Miles, P.A.**
Attorneys for Defendant Cody Devin Nutt
By:*/s/ R. Brent Hatcher, JR.*
*By RRT with expressed permission*
**R. Brent Hatcher, Jr.**
Georgia Bar No.:  337375
P.O. Box 1098
Gainesville, GA  30503
770-536-3381
bhatcher@sgwmfirm.com
bmarlow@sgwmfirm.com

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANTHONY BOYATT, D/B/A BOYATT DESIGN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLAY TO CUSTOM CONSTRUCTION, )<br>LLC, ARNOLD CLAY SINDLEDECKER,)<br>and CODY DEVIN NUTT, )<br>)<br>Defendants. )<br>_____) | Case No. 2:24-cv-074-RWS |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant in the within-entitled cause hereby certifies that a copy of the foregoing *CONSENT MOTION TO EXTEND TIME FOR THE RULE 26(f) CONFERENCE, SERVICE OF INITIAL DISCLOSURES, AND FILING OF THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN* was this day served by electronic mail through the Court's CM/ECF filing system, to the following counsel of record.

**Flint, Connolly & Walker, LLP**
**Anthony Cammarata, Jr.**
acammarata@fcwlawfirm.com
**Xavier T. Romero**
xromero@fcwlawfirm.com

**Smith, Gilliam, Williams & Miles, P.A.**
**R. Brent Hatcher, Jr.**
bhatcher@sgwmfirm.com

4

This 22nd day of July, 2024.

        **Lawhon Goggin, LLP**
        Attorneys for Plaintiff

        BY: */s/ Russell R. Thomson*

        **Russell R. Thomson**
        Georgia Bar No.: 142637
        russellthomson@lawhon-law.com

Prepared by:

**Russell R. Thomson**
Georgia Bar No.: 142637
russellthomson@lawhon-law.com

(Counsel for Plaintiff
ANTHONY BOYATT, D/B/A
BOYATT DESIGN)