IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ANTHONY BOYATT, D/B/A BOYATT )
DESIGN,                      )
                             )
        Plaintiff,           )
                             )
v.                           )    Case No. 2:24-cv-074-RWS
                             )
CLAY TO CUSTOM CONSTRUCTION, )
LLC, ARNOLD CLAY SINDLEDECKER,)
and CODY DEVIN NUTT,         )
                             )
        Defendants.          )
_____)

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME
FOR THE RULE 26(f) CONFERENCE, SERVICE OF INITIAL DISCLOSURES,
AND FILING OF THE JOINT PRELIMINARY REPORT AND DISCOVERY
PLAN**

Upon the consent of the parties, and for good cause shown, the Consent Motion to Extend Time for the Rule 26(f) Conference, Service of Initial Disclosures, and Filing of the Joint Preliminary Report and Discovery Plan in the above-styled action is hereby **GRANTED.** The parties shall conduct the Rule 26(f) Conference no later than fourteen (14) days from the date Laura Elleby and Compass Georgia, LLC respond to the Third-Party Complaint, with service of Initial Disclosures and the filing of the Joint Preliminary Report and Discovery Plan being due fourteen (14) days after the Rule 26(f) Conference.

The _____ day of _____, 2024.

_____

**Richard W. Story**
Judge, United States District Court
Northern District of Georgia

2